UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | **Government Collection** |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _______________ |
| | § | (CDCS: 2024A27056) |
| Khady Diaw, | § | |
| | § | |
| Defendants. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue*. The defendant resides in Harris County, Texas, and may be served with process at 25602 Spring Source Court, Spring, Texas 77373.

3. *The Debt*. The debt owed to the United States arose through a promissory note from the U.S. Small Business Administration, see Exhibit A. The debt on the date of the Certificate of Indebtedness, Exhibit B was:

| | | | |
|---|---|---|---|
| A. | Current principal | $ | 24,427.00 |
| B. | Interest (capitalized and accrued) | $ | 4,119.57 |
| C. | Administrative fees, costs, penalties<br>(Including $405.00 Filing fee) | $ | 10,300.31 |
| D. | Balance due | $ | 39,251.88 |

E. Prejudgment interest accrues at 3.30% per annum being $2.21 per day.

F. The current principal in paragraph 3 A is after credits of $191.00.

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

A. The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

B. Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*

M. H. Cersonsky, TBN: 04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff